(C.D. 2650)

SOUTH SEAS TRADING CORP. *v.* UNITED STATES

United States Customs Court, Second Division

(Decided April 7, 1966)

Plaintiff not represented by counsel.
*John W. Douglas,* Assistant Attorney General, for the defendant.

Before RAO and FORD, Judges

FORD, Judge: When the suit listed above was called, there was no appearance by plaintiff either in person or by attorney. A motion

to dismiss for lack of prosecution was made on behalf of the defendant.

An examination of the official papers indicates that the protest was not filed within the time prescribed by section 514 of the Tariff Act of 1930. Accordingly, motion made on behalf of defendant is denied and protest is dismissed as being untimely.

Judgment will be rendered accordingly.